

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Bufkin Partners, Ltd. d/b/a Longview
Truck Center, Bufkin Management, LLC,
and Bufkin Truck Service, LLC

No. 06-22-00050-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice
Stevens, Chief Justice Morriss and Justice
van Cleef participating.

As stated in the Court's opinion of this date, we find that the motion of the relator to dismiss the mandamus petition should be granted. Therefore, we dismiss this original proceeding.

RENDERED AUGUST 31, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk